TO: Barbara Barletta.

I thank you for sending me my file date in respect to (1:12cv848) New civil case. I've recieved it on 11-26-12. Thank you. I'm also seeking to file the attached amended complaint.

However, Mrs. Barletta, I have another pending (1983-Civil Action suit) in which I would like to dismiss by my own will and consent. My Case Number is (C.A. 12-331). I have not recieved correspondence in regard to that case such as I have recieved from you so I don't know the Judges who are assigned that case. That case was filed I believe May 5th, 2012. Again, I would like to dismiss that case.

Respectfully: Devon Letourneau

Devon Letourneau

I'd also like to Add, by the time this court recieves this, All Defendants have been served, including the new defendant within the "Amended Complaint." Both, Original and Amended Complaints. This is true, I state this under charge of perjury if false. Thank you.

Devon Letourneau